UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COBURN NEASON

        Plaintiff,

v

GENERAL MOTORS CORPORATION,

        Defendant.

Case No. 03-73141

Judge John Feikens
Magistrate Judge R. Steven Whalen

---

| | |
|---|---|
| Lance W. Mason, P.C. | Hardy, Lewis & Page, P.C. |
| Lance W. Mason (P43926) | Kay Rivest Butler (P41651) |
| Attorney for Plaintiff | Attorneys for Defendant |
| 615 Griswold, Suite 901 | 401 South Old Woodward Ave., Ste. 400 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 967-9016 | (248) 645-0800 |

---

## ORDER FOR DISMISSAL WITH PREJUDICE

At a session of said Court held in the U.S. Courthouse in the City of Detroit, County of Wayne, State of Michigan on **May 3, 2006**.

PRESENT: Hon.   **John Feikens**
                        U.S. District Court Judge

Upon reading and filing the attached Stipulation for Dismissal with Prejudice of the parties and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above entitled cause be and the same is hereby dismissed with prejudice and without costs, interest and attorney fees to any party.

                                              **s/John Feikens**
                                              John Feikens
                                              United States District Judge

Dated:  May 3, 2006

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 3, 2006.

s/Carol Cohron
Deputy Clerk

00188953.wpd